NUMBER
13-02-039-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

________________________________________________________________

 

ORALIA SILVA D/B/A LA FRONTERA CLUB,                            Appellant,

 

                                                   v.

 

TEXAS ALCOHOLIC BEVERAGE COMMISSION, ET
AL.,            Appellees.

________________________________________________________________

 

                        On
appeal from the 234th District Court 

                                    of Harris County, Texas

________________________________________________________________

 

                                   O
P I N I O N

 

                   Before
Justices Dorsey, Rodriguez, and Castillo

                                       Opinion
Per Curiam

 








Appellant, ORALIA SILVA D/B/A LA FRONTERA CLUB,
attempted to perfect an appeal from a judgment entered by the 234th
District Court of Harris County, Texas, in cause number 01-40418.  Judgment in this
cause was signed on August 17, 2001.  A timely motion for new trial was filed on
September 16, 2001.  Pursuant to Tex. R.
App. P. 26.1, appellant=s notice of appeal was
due on November 15, 2001, but was not filed until December
5, 2001.  

Notice of this defect was given so that steps could be taken to
correct the defect, if it could be done. 
Appellant was advised that, if the defect was not corrected within ten
days from the date of receipt of this Court=s letter, the appeal would be dismissed.  To date, no response has been received from
appellant.

The Court, having examined and fully considered the documents on file,
appellant=s failure to timely
perfect her appeal, and appellant=s failure to respond
to this Court=s notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction.  The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

 

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 30th
day of May, 2002.